**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Calvin Tyrone YOUNG, a/k/a Too Short, Defendant—Appellant.**

No. 11–6975.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 20, 2011.

Decided: Dec. 23, 2011.

Calvin Tyrone Young, Appellant Pro Se. Robert Michael Hamilton, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Before MOTZ, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Calvin Tyrone Young appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Young,* No. 4:96–cr–00243–NCT–1 (M.D.N.C. July 13, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*